## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-20-00183-CV
_____

## IN THE INTEREST OF J.E.S.

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-05-05567-CV**

## MEMORANDUM OPINION

Appellant, N.P.S., moved to dismiss her appeal of an order the trial court signed in the suit she filed seeking to modify the provision in a decree of divorce governing her parent-child relationship with J.E.S. She filed her motion voluntarily before the Court decided the appeal. *See* Tex. R. App. P. 42.1(a)(1).

We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 21, 2020
Opinion Delivered October 22, 2020
Before McKeithen, C.J., Horton and Johnson, JJ.

1